UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60953-CIV-MARRA

ALLEN PHILLIPS

Plaintiff

vs.

LESLEY WASHECKA, FRANK MAIO, DENNIS JAMES, DANIEL OLARTE, individually, and EDWARD McCARDLE, KEN JENNE, JOHN DOE #1, THE COUNTY OF BROWARD, JOHN DOE #2, and JOHN DOE #3, individually and in their official capacities,

Defendants.
_____________________________________/

**FINAL JUDGMENT**

In accordance with the jury verdict and the Court's rulings, it is hereby

ORDERED AND ADJUDGED that Final Judgment be and the same is hereby ENTERED in favor of Defendants Lesley Washecka, Dennis James and Daniel Olarte, and against Plaintiff Allen Phillips. Plaintiff Allen Phillips shall take nothing from this cause. The Court reserves jurisdiction to consider any appropriate post-trial motions.

All pending motions not otherwise ruled upon are denied as moot and this case is CLOSED.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 31st day of January, 2007.

___________________________
KENNETH A. MARRA
United States District Judge

copies to:
All counsel of record
Allen Phillips